STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., APPLE, INC., BARNESANDNOBLE.COM, INC., DIRECTV, INC., MICROSOFT CORPORATION, NINTENDO OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC, SONY ELECTRONICS, INC., VALVE CORPORATION,<br><br>　　　　　　Defendants. | Case No. 10-cv-07237 GW (PLA)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT VALVE CORPORATION** |

1

2       PLEASE TAKE NOTICE that Plaintiff Olympic Developments AG, LLC, hereby

3 dismisses this action as to Defendant VALVE CORPORATION, only, pursuant to Federal Rule

4 of Civil Procedure 41(A)(1).  Said dismissal is <u>without</u> prejudice, each party to bear its own costs

5 and attorneys' fees.

6       Dated:  November 18, 2010.      Respectfully submitted,

7                                     WHITE FIELD, INC.

8

9                                     By:   /s/ Steven W. Ritcheson

10                                          Steven W. Ritcheson
                                         Attorney for Plaintiff OLYMPIC
11                                          DEVELOPMENTS AG, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**NOTICE OF DISMISSAL OF DEFENDANT VALVE CORPORATION**
Case No.  10-cv-07237 GW (PLA)