1  Eric A. Buresh (*Pro Hac Vice Application Pending*)
     *eburesh@shb.com*
2  Abran J. Kean (*Pro Hac Vice Applicant*)
     *akean@shb.com*
3  **SHOOK, HARDY & BACON L.L.P.**
   2555 Grand Blvd.
4  Kansas City, MO 64108-2613
   Phone: (816) 474-6550
5  Facsimile: (816) 421-5547

6  Andrew L. Chang (CA Bar No. 222309)
     *achang@shb.com*
7  **SHOOK, HARDY & BACON L.L.P.**
   One Montgomery, Suite 2700
8  San Francisco, California 94104-4505
   Phone: (415) 544-1900
9  Facsimile: (415) 391-0281

10 Attorneys for Defendant
   SONY ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> APPLE INC., BARNESANDNOBLE.COM INC., and SONY ELECTRONICS, INC., <br><br> Defendants. | Case No.: C-11-01655 EMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ABRAN J. KEAN** |

Pursuant to Civil L.R.11-3, I, Abran J. Kean, an active member in good standing of the State Bar of Missouri, and admitted to practice before the United States Patent and Trademark Office and the United States District Court for the District Courts of Western Missouri and Kansas, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sony Electronics, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ABRAN J. KEAN
C-11-01655 EMC

1. I am an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Andrew L. Chang
>Shook, Hardy & Bacon L.L.P.
>One Montgomery, Suite 2700
>San Francisco, California  94104-4505
>Phone:  (415) 544-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 20, 2011                     _____/s/ Abran J. Kean_____
                                                          Abran J. Kean

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.

Dated:  April 20, 2011                     _____/s/ Andrew L. Chang_____
                                                          Andrew L. Chang

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN FRANCISCO DIVISION

11  OLYMPIC DEVELOPMENTS AG, LLC,            Case No.: C-11-01655 EMC
12              Plaintiff,
13         v.                                **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* **OF ABRAN J. KEAN**
14  APPLE INC., BARNESANDNOBLE.COM INC., and SONY ELECTRONICS, INC.,
15
16              Defendants.
17
18
19
20         Abran J. Kean, whose business address and telephone number is 2555 Grand Blvd., Kansas
21  City, Missouri 64108-2613, Telephone: (816) 474-6550 and who is an active member in good
22  standing of the State Bar of Missouri, and admitted to practice before the United States Patent and
23  Trademark Office and the United States District Court for the District Courts of Western Missouri
24  and Kansas, having applied in the above-entitled action for admission to practice in the Northern
25  District of California on a *pro hac vice* basis, representing Sony Electronics, Inc.:
26         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
27  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
28

1  *vice*. Service of papers upon and communication with local co-counsel designated in the application,
2  Andrew L. Chang, will constitute notice to the party.

4  Dated: ____April 20, 2011_____    _____
5                                                        Honorable Edward M. Chen
                                                      United States Magistrate Judge



4
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ABRAN J. KEAN
C-11-01655 EMC