Eric A. Buresh (*Pro Hac Vice Applicant*)
  eburesh@shb.com
Abran J. Kean (*Pro Hac Vice Application Pending*)
  akean@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone:  (816) 474-6550
Facsimile:  (816) 421-5547

Andrew L. Chang (CA Bar No. 222309)
  achang@shb.com
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Phone:  (415) 544-1900
Facsimile:  (415) 391-0281

Attorneys for Defendant
SONY ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., BARNESANDNOBLE.COM INC., and SONY ELECTRONICS, INC.,<br><br>Defendants. | Case No.: C-11-01655 EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ERIC A. BURESH** |

Pursuant to Civil L.R.11-3, I, Eric A. Buresh, an active member in good standing of the State Bar of Missouri and the State Bar of Kansas, and admitted to practice before the United States Patent and Trademark Office, the United States District Court for the District Courts of Western Missouri, Kansas, and Eastern Michigan, and the United States Court of Appeals for the Eighth Circuit, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sony Electronics, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Andrew L. Chang
> Shook, Hardy & Bacon L.L.P.
> One Montgomery, Suite 2700
> San Francisco, California  94104-4505
> Phone:  (415) 544-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 20, 2011                             _____/s/ Eric A. Buresh_____
                                                                    Eric A. Buresh

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.

Dated:  April 20, 2011                             _____/s/ Andrew L. Chang_____
                                                                    Andrew L. Chang

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., BARNESANDNOBLE.COM INC., and SONY ELECTRONICS, INC.,<br><br>Defendants. | Case No.: C-11-01655 EMC<br><br>**[P~~RO~~POSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ERIC A. BURESH** |

Eric A. Buresh, whose business address and telephone number is 2555 Grand Blvd., Kansas City, Missouri 64108-2613, Telephone: (816) 474-6550 and who is an active member in good standing of the State Bar of Missouri and the State Bar of Kansas, and admitted to practice before the United States Patent and Trademark Office, the United States District Court for the District Courts of Western Missouri, Kansas, and Eastern Michigan, and the United States Court of Appeals for the Eighth Circuit, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sony Electronics, Inc.:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with local co-counsel designated in the application, Andrew L. Chang, will constitute notice to the party.

Dated: April 20, 2011         _____
                              Honorable _____
                              _____ Judge



IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA