James R. Batchelder (CA Bar No. 136347)
 *james.batchelder@ropesgray.com*
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Phone:  (650) 617-4000
Facsimile: (650) 617-4090


Ching-Lee Fukuda (Pro Hac Vice Pending)
 *ching-lee.fukuda@ropesgray.com*
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Phone:  (212) 596-9000
Facsimile: (212) 596-9090

ATTORNEYS FOR DEFENDANT
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., BARNESANDNOBLE.COM INC., and SONY ELECTRONICS, INC.,<br><br>    Defendants. | Case No. C 11-01655 EMC<br>Honorable Judge Edward M. Chen<br><br>**[P~~ROP~~OSED] ORDER RE JOINT STIPULATION AND MOTION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT REMOVING ALLEGATIONS OF INDIRECT INFRINGEMENT AND TO VACATE DEADLINE FOR FILING RENEWED MOTIONS** |

[PROPOSED] ORDER RE JOINT STIPULATION AND MOTION TO PERMIT PLAINTIFF
TO FILE A SECOND AMENDED COMPLAINT REMOVING ALLEGATIONS OF INDIRECT
INFRINGEMENT AND TO VACATE DEADLINE FOR FILING RENEWED MOTIONS

Case No. C 11-01655 EMC

1  Pursuant to the Parties' stipulation, this Court hereby Orders Plaintiff Olympic
2  Developments AG, LLC ("Plaintiff") to file a Second Amended Complaint by April 25, 2011,
3  striking and otherwise omitting any and all allegations and references to allegations of indirect
4  infringement (including induced infringement and contributory infringement) of the patents-in-
5  suit.  The Court further vacates the April 20, 2011 deadline for Defendants Apple Inc.
6  ("Apple"), Barnesandnoble.com LLC ("B&N"), and Sony Electronics, Inc. ("SEL")
7  (collectively "Defendants") to file renewed motions or otherwise respond to Plaintiff's First
8  Amended Complaint, and Orders that Defendants shall have 14 days from the filing of the
9  Second Amended Complaint to file an Answer, responsive motions, or otherwise respond to the
10 Second Amended Complaint.

11 The amended complaint will correct the case caption and be directed to
12 "barnesandnoble.com llc" in place of "Barnesandnoble.com,LLC" or
13 "BARNSANDNOBLE.COM, INC."  The caption for the case and for all pleadings from this
14 point forward shall also reflect the correct party name "barnesandnoble.com llc".

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

19 Dated: 4/22/11



20 Hon.
   Mag
21 Unite
   North

[PROPOSED] ORDER RE JOINT STIPULATION AND MOTION TO PERMIT PLAINTIFF            Case No. C 11-01655 EMC
TO FILE A SECOND AMENDED COMPLAINT REMOVING ALLEGATIONS OF INDIRECT
INFRINGEMENT AND TO VACATE DEADLINE FOR FILING RENEWED MOTIONS