Steven Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd., #347
Chatsworth, CA 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

Attorneys for Plaintiff
OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., BARNESANDNOBLE.COM, INC., and SONY ELECTRONICS, INC.,<br><br>Defendants. | **Case No. C 11-01655 EJD**<br>**Honorable Judge Edward J. Davila**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT APPLE, INC.; [PROPOSED] ORDER** |

1  The Parties, by and through their respective counsel, stipulate as follows:

2      1.    Plaintiff Olympic Developments AG, LLC and Apple, Inc., have settled their respective claims for relief asserted in this case.

    2.    Pursuant to Rule 41 of the Federal Rules Of Civil Procedure, this action by and between Olympic Developments AG, LLC and Apple, Inc., including all claims and counterclaims, shall be dismissed with prejudice; and

    3.    Each party to this action shall bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: August 5, 2011.        Respectfully submitted,

                              WHITE FIELD, INC.

                              By:   /s/ Steven W. Ritcheson
                                    Steven W. Ritcheson
                              Attorney for Plaintiff OLYMPIC DEVELOPMENTS AG, LLC

Dated: August 5, 2011.        Respectfully submitted,

                              ROPES & GRAY LLP

                              By:   /s/ James R. Batchelder
                                    James R. Batchelder
                              Attorney for Plaintiff APPLE, INC.

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                   */s/ Steven W. Ritcheson*
                                                   Steven W. Ritcheson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 9, 2011

                                                HONORABLE EDWARD J. DAVILA
                                                 United States District Court Judge