

Eric A. Buresh (admitted *pro hac vice*)
eburesh@shb.com
Abe J. Kean (admitted *pro hac vice*)
akean@shb.com
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Andrew Chang (SBN: 222309)
achang@shb.com
**SHOOK, HARDY & BACON LLP**
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendant and Counterclaimant
SONY ELECTRONICS INC.

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., BARNESANDNOBLE.COM LLC, SONY ELECTRONICS INC. <br><br> Defendants. | Case No. C-11-01655 EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIMS AGAINST SONY ELECTRONICS INC.** |
| AND RELATED COUNTERCLAIMS | |

1    Pursuant to Civil L.R. 7-12 and Federal Rules of Civil Procedure 20(a)(2) and 21, Plaintiff Olympic Developments AG, LLC ("Plaintiff") and Defendant Sony Electronics Inc. ("SEL") (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate, and respectfully request the Court to enter an Order severing SEL from this action so that the Parties may coordinate consolidation of Plaintiff's and SEL's claims with a related case involving an affiliate entity, Sony Computer Entertainment America LLC ("SCEA"). This joint stipulation sets forth the following facts upon which the Parties agree:

   1.    Plaintiff filed the current action against SEL and several other defendants on September 28, 2010 in the United States District Court for the Central District of California, alleging patent infringement. Plaintiff filed its First Amended Complaint on November 18, 2010.

   2.    On February 18, 2011, Plaintiff and SEL along with two other defendants, Apple, Inc. and barnesandnoble.com LLC, filed a Joint Stipulation and Motion to Sever and Transfer Plaintiff's Claims to the United States District Court for the Northern District of California. *Doc. 85*. The court granted the joint motion on February 28, 2011. *Doc. 89*. Following severance and transfer, the Parties, including Apple, Inc. and barnesandnoble.com LLC, were docketed before this Court.

   3.    In a separate action currently pending before the Honorable Joseph C. Spero of this Court, *Olympic Developments AG, LLC v. Sony Computer Entertainment America LLC*, No. 3:11-cv-01080-JCS (the "SCEA Action"), Plaintiff asserts claims against SCEA arising out of the same patents at issue in the current action. In the SCEA Action, SCEA also asserts counterclaims against Plaintiff regarding the same patents that are at issue in SEL's counterclaims in this action. SEL's counsel in this action is the same as SCEA's counsel in the SCEA Action. SEL and SCEA are affiliated corporations.

   4.    The Parties have engaged in several meet and confer discussions to join SEL in the SCEA Action. These discussions were described in subsequent filings in the SCEA Action, in which the Parties stated that "Plaintiff, SCEA, and SEL have agreed that the convenience of all parties and consistent and efficient judicial management would benefit from removing Plaintiff's and SEL's claims from the [this] Action and asserting them in [the SCEA Action]." Case No. 3:11-cv-01080-JCS, *Docs. 91, 92*.

JOINT STIPULATION TO SEVER CLAIMS AGAINST SONY - C-11-01655 EJD

5. Severance will neither prejudice the Parties nor augment the current schedules for either the current case or the SCEA Action. Both courts have scheduled respective Case Management Conferences for September 16, 2011.

6. In order to avoid unnecessary motion practice and further expense of the Parties and the Court's resources, the Parties, by and through their respective counsel, request an Order severing SEL from the present action.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

1  WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and request this Court to enter an Order severing SEL from this action.

Dated: August 19, 2011                    Respectfully submitted,

**WHITE FIELD, INC.**

By: /s/ Steven W. Ritcheson

Steven W. Ritcheson
ATTORNEY FOR PLAINTIFF OLYMPIC DEVELOPMENTS AG, LLC

Dated: August 19, 2011                    Respectfully submitted,

**SHOOK, HARDY & BACON**

By: /s/ Eric A. Buresh

Eric A. Buresh
ATTORNEYS FOR DEFENDANT
SONY ELECTRONICS INC.

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated:  August 19, 2011                    /s/ Andrew L. Chang
                                           Andrew L. Chang

The Clerk shall open a new case number for *Olympic Developments AG, LLC v. Sony Electronics. Inc.* and file a copy of the complaint and this Stipulation and Order in the new case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2011                    _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO SEVER CLAIMS AGAINST SONY - C-11-01655 EJD