1  Steven Ritcheson, Esq. (SBN 174062)
   WHITE FIELD, INC.
2  9800 D Topanga Canyon Blvd., #347
   Chatsworth, CA 91311
3  Telephone: (818) 882-1030
   Facsimile:  (818)  337-0383
4
   Attorneys for Plaintiff
5  OLYMPIC DEVELOPMENTS AG, LLC

6  Krista M. Carter (State Bar No. 225229)
   carterk@dicksteinshapiro.com
7  DICKSTEIN SHAPIRO LLP
   700 Hansen Way
8  Palo Alto, CA 94304
   Telephone: (650) 632-4208
9  Facsimile: (650) 632-4533

10 Attorneys for Defendant
   BARNESANDNOBLE.COM LLC.
11

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

12

13                    UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

17 OLYMPIC DEVELOPMENTS AG, LLC,        | Case No.  C 11-01655 EJD
                                         | Honorable Judge Edward J. Davila
18                      Plaintiff,       |
                                         | **STIPULATION FOR MODIFICATION OF**
19         v.                            | **CASE MANAGEMENT DATES**
                                         |
20 BARNESANDNOBLE.COM, LLC,              |
                                         |
21                      Defendant.       |

22

23

24

25

26

27

28

                                    1
         **STIPULATION FOR MODIFICATION OF CASE MANAGEMENT DATES**
                        Case No.  C 11-01655 EJD

WHEREAS, by Order dated September 13, 2011 (Docket No. 141), the Court has ordered the parties to comply with certain case management dates, including:  Infringement Contentions (September 30, 201); Invalidity Contentions (November 14, 2011); Joint Claim Construction and Prehearing Statement (January 13, 2012); Close of Claim Construction Discovery (February 13, 2012); Joint Case Management Statement for Interim Conference (March 6, 2012); Interim Case Management Conference (March 16, 2012); Last Day to Complete ADR Session (March 22, 2012); Case Tutorial (April 10, 2012); and Claim Construction Hearing (April 10, 2012) (collectively, the "Case Management Dates").

WHEREAS, Plaintiff Olympic Developments AG, LLC ("Olympic") and Defendant barnesandnoble.com, llc ("B&N"), are engaged in settlement discussions; and

WHEREAS, (a) B&N filed a motion to stay the above entitled action on October 17, 2011 (Docket No. 143), and (b) it appears from the Court's website that Plaintiff's counsel was inadvertently removed from the Court's email service list and Plaintiff did not receive notice of B&N's motion; and

WHEREAS, the parties wish to continue their settlement discussions and resolve the issues surrounding notice of B&N's motion;

The Parties, by and through their respective counsel, subject to the Court's approval, stipulate as follows:

1. The Case Management Dates shall be reset as follows:

    a. Infringement Contentions (COMPLETED);

    b. Invalidity Contentions:  from November 14, 2011 to **December 20, 2011**;

    c. Joint Claim Construction and Prehearing Statement: from January 13, 2012 to **February 17, 2012**;

    d. Close of Claim Construction Discovery: from February 13, 2012 to **March 19, 2012**;

    e. Joint Case Management Statement for Interim Conference: from March 6, 2012 to **April 10, 2012**;

  f. Interim Case Management Conference: from March 16, 2012 to **April 20, 2012**;

  g. Last Day to Complete ADR Session: from March 22, 2012 to **April 26, 2012**;

  h. Case Tutorial: from April 10, 2012 to May 30, 2012 at 9:00 a.m.

  i. Claim Construction Hearing: from April 10, 2012 to May 30, 2012 following **Tutorial.**

2. B&N agrees to withdraw its pending motion to stay (Docket No. 143) without prejudice and may re-notice and re-file such motion at its discretion. The Clerk shall terminate Docket Item No. 143.

SO STIPULATED.

Dated:  October 31, 2011.   Respectfully submitted,

            WHITE FIELD, INC.


            By: */s/ Steven W. Ritcheson*
              Steven W. Ritcheson
            Attorneys for Plaintiff OLYMPIC DEVELOPMENTS AG, LLC

Dated:  October 31, 2011.   Respectfully submitted,

            DICKSTEIN SHAPIRO LLP


            By: */s/ Krista M. Carter*
              Krista M. Carter
            Attorney for Defendant BARNESANDNOBLE.COM LLC

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 1, 2011

HONORABLE EDWARD J. DAVILA
United States District Court Judge