1  Krista M. Carter (State Bar No. 225229)
   carterk@dicksteinshapiro.com
2  DICKSTEIN SHAPIRO LLP
   1841 Page Mill Road, Suite 150
3  Palo Alto, CA 94304
   Telephone: (650) 690-9500
4  Facsimile: (650) 690-9501

5  Jennifer BianRosa *pro hac vice*
   bianrosaj@dicksteinshapiro.com
6  DICKSTEIN SHAPIRO LLP
   1633 Broadway
7  New York, New York  10019-6708
   Telephone: (212) 277-6500
8  Facsimile: (212) 277-6501

9  Attorneys for Defendant
   BARNESANDNOBLE.COM LLC
10

11 Steven Ritcheson, Esq. (SBN 174062)
   HENINGER GARRISON DAVIS LLC
12 9800 D Topanga Canyon Blvd., #347
   Chatsworth, CA 91311
13 Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
14

15 Attorney for Plaintiff
   OLYMPIC DEVELOPMENTS AG, LLC

16

**IT IS SO ORDERED**

Judge Edward J. Davila

1/8/2014

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA**

19 **SAN JOSE DIVISION**

20 OLYMPIC DEVELOPMENTS AG, LLC,

21         Plaintiff,

22     v.

23 BARNESANDNOBLE.COM LLC

24         Defendant.

Case No. 5:11-01655 EJD
Honorable Judge Edward J. Davila

**JOINT STIPULATION RE:
DISMISSAL OF DEFENDANT
BARNESANDNOBLE.COM LLC**

25

26

27

28

DICKSTEIN
SHAPIRO LLP

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), and due to the rejection of asserted

2  claim 21 as a result of the reexamination proceedings of U.S. Patent No. 5,475,585, Plaintiff

3  Olympic Developments AG, LLC ("Olympic") and Defendant barnesandnoble.com llc ("Barnes &

4  Noble"), by and through their undersigned counsel, hereby stipulate to the dismissal without

5  prejudice of all claims and counterclaims between Olympic and Barnes & Noble in the above-

6  captioned action, with each party to bear its own costs, expenses and attorneys' fees.

7

8

9    DATED:  January 6, 2014                Respectfully Submitted,

10                                          By:   /s/ Krista M. Carter
                                                  Krista M. Carter (State Bar No. 225229)
11                                                carterk@dicksteinshapiro.com
                                                  DICKSTEIN SHAPIRO LLP
12                                                1841 Page Mill Road, Suite 150
                                                  Palo Alto, CA 94304
13                                                Telephone: (650) 690-9500
                                                  Facsimile: (650) 690-9501
14
                                                  Jennifer BianRosa *pro hac vice*
15                                                bianrosaj@dicksteinshapiro.com
                                                  DICKSTEIN SHAPIRO LLP
16                                                1633 Broadway
                                                  New York, New York  10019-6708
17                                                Telephone: (212) 277-6500
                                                  Facsimile: (212) 277-6501
18
                                                  Attorneys for Defendant
19                                                BARNESANDNOBLE.COM LLC

20    DATED:  January 6, 2014                Respectfully Submitted,

21                                          By:   /s/ Steven Ritcheson
                                                  Steven Ritcheson, Esq. (SBN 174062)
22                                                HENINGER GARRISON DAVIS LLC
23                                                9800 D Topanga Canyon Blvd., #347
                                                  Chatsworth, CA 91311
24                                                Telephone: (818) 882-1030
                                                  Facsimile: (818) 337-0383
25
26                                                Attorney for Plaintiff
                                                  OLYMPIC DEVELOPMENTS AG, LLC
27

28

DICKSTEIN
SHAPIRO LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

   Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under penalty of perjury that she has the concurrence of each of the signatories to this Joint Status Update.

*/s/ Krista M. Carter*
Krista M. Carter
